# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3660

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of Minnesota. |
| | * | |
| Michael Jay Molzen, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted:   February 7, 2003

Filed:   February 18, 2003

_____

Before BYE, FAGG, and RILEY, Circuit Judges.

_____

PER CURIAM.

In September 2002, following his sentencing on a guilty plea to a drug conspiracy, Michael Jay Molzen filed a pro se motion to correct his change-of-plea hearing transcript to reflect a change in certain reported testimony. The district court[*] denied the motion, and Molzen appeals. Construing Molzen's motion as one under Federal Rule of Criminal Procedure 36, we affirm the district court's decision,

_____

[*]The Honorable James M. Rosenbaum, Chief Judge, United States District Court for the District of Minnesota.

particularly given Molzen's failure to present evidentiary support for his contentions. See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.